UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. No. 05-20388-B |
| vs. | ) | |
| | ) | |
| ANTONIO BELL | ) | |
| | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have <u>ANTONIO BELL, DOB: 08/22/71, RNI: 126927</u>, now being detained in the Shelby County Jail, appear before the Honorable Diane K. Vescovo on Monday, November 21, 2005 @ 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 16th day of November, 2005.

E. Greg Gilluly, Jr.
Special Assistant U. S. Attorney

Upon consideration of the foregoing Application, DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN., SHERIFF/WARREN, SHELBY COUNTY JAIL, MEMPHIS, TN.

YOUR ARE HEREBY COMMANDED to have <u>ANTONIO BELL, DOB: 08/22/71, RNI: 126927</u>, appear before the Honorable Diane K. Vescovo on the date and time aforementioned.

ENTERED this _16_ day of November, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-17-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20378 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT