FILED BY _____ D.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE 05 DEC 12 PM 4: 53
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITES STATES OF AMERICA,

       Plaintiff,

v.                                          Cr. No.  05-20378-B

ANTONIO BELL,

       Defendant.

---

## ORDER GRANTING DEFENDANT'S MOTION
## TO CONTINUE REPORT DATE

---

For good cause shown, and without objection by the government, the Court hereby **GRANTS**

defendant's motion to continue the report date currently set for Wednesday, December 21, 2005 until

_Monday, January 30, 2006 @ 9:30 a.m._

_Time is extended under the Speedy Trial Act_

It is so **ORDERED**, this the _12th_ day of December, 2005.

       **HONORABLE J. DANIEL BREEN**
       **UNITED STATES DISTRICT COURT JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-13-05

18

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CR-20378 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT