IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 28  PM 2: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 05-20378-B |
| ANTONIO BELL, | ) | |
| Defendant. | ) | |

## ORDER ON CHANGE OF PLEA AND SETTING

This cause came to be heard on December 28, 2005, the United States Attorney for this district, Greg Gilluly, appearing for the Government and the defendant, Antonio Bell, appearing in person, and with counsel, Mary Catherine Jermann, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **THURSDAY, APRIL 6, 2005, at 9:00 A.M., in Courtroom No. 1, on the 11th floor before Judge J. Daniel Breen.**

An Order Setting Conditions of Release is entered to allow defendant to be released on a $5,000.00 corporate surety bond.

**ENTERED** this the 28 day of December, 2005.

**J. DANIEL BREEN**
**UNITED STATES DISTRICT JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20378 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT